CENTER FOR DISABILITY ACCESS
Michelle Uzeta, Esq., SBN 164402
Mark Potter, Esq., SBN 166317
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
michelleu@potterhandy.com

Attorneys for Plaintiff

JUDY C. TSAI (SB #158244)
LAW OFFICE OF JUDY TSAI
101 Metro Drive, Suite 250
San Jose, CA 95110
P: (408) 441-7800
F: (408) 441-7302
judy@judytsai.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kathryn Waddell**,<br><br>     Plaintiff,<br><br>v.<br><br>**Mirage Casa De Amigos, Inc., and Does 1-10 inclusive,**<br><br>     Defendants. | Case No.: 5:14-cv-02832-BLF<br><br>**Joint Notice of Settlement and Request to Vacate All Currently Calendared Dates**<br><br>*[Proposed] Order filed concurrently herewith* |

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE that the Parties have reached terms of settlement in this matter, and are in the process of preparing the settlement documents. The Parties will file a stipulation of dismissal as soon as the settlement documents have been executed and the terms of settlement completed, a process the Parties estimate will take thirty (30) days.

Based on the foregoing, the Parties request thirty (30) days within which to file a stipulation of dismissal, and ask that all currently set dates be taken off calendar.

Pursuant to Local Rule 5-1(i)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 5, 2015      CENTER FOR DISABILITY ACCESS

                             By    /s/ Michelle Uzeta
                                Michelle Uzeta
                                Attorney for Plaintiff

DATED: February 5, 2015      LAW OFFICE OF JUDY TSAI

                             By    /s/ Judy Tsai
                                Judy Tsai
                                Attorney for Defendant

## ORDER

The Parties report that they have reached a settlement in this matter and have requested that all currently set dates be taken off calendar pending execution of a settlement agreement and filing of a stipulation of dismissal.

Based on the representations of the Parties, IT IS ORDERED THAT:

1. The Parties file a stipulation of dismissal within thirty (30) days; and

2. All currently set dates be taken off calendar.

DATED: February 6, 2015

Hon. Beth L. Freeman
Unites States District Judge