CENTER FOR DISABILITY ACCESS
Michelle Uzeta, Esq., SBN 164402
Mark Potter, Esq., SBN 166317
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
michelleu@potterhandy.com

Attorneys for Plaintiff

JUDY C. TSAI (SB #158244)
LAW OFFICE OF JUDY TSAI
101 Metro Drive, Suite 250
San Jose, CA 95110
P: (408) 441-7800
F: (408) 441-7302
judy@judytsai.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Kathryn Waddell**, <br><br> Plaintiff, <br><br> v. <br><br> **Mirage Casa De Amigos, Inc., and Does 1-10 inclusive,** <br><br> Defendants. | Case No.: 5:14-cv-02832-BLF <br><br> **Stipulation for Settlement and Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** <br><br> [Proposed] *Order filed concurrently herewith* |

TO THE HONORABLE COURT AND ALL INTERESTED PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff Kathryn Waddell and Defendant Casa de Amigos Mobile Home Park, erroneously sued as Mirage Casa De Amigos, Inc., through their respective counsel of record, that the above-referenced action is dismissed with prejudice and in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and that this Court shall retain jurisdiction over any disputes relating to the Settlement Agreement reached in this matter. Each side agrees to bear its own attorneys' fees and costs.

Pursuant to Civil Local Rule 5-1(i)(3), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: March 6, 2015                CENTER FOR DISABILITY ACCESS

                                    By    /s/ Michelle Uzeta
                                    Michelle Uzeta
                                    Attorney for Plaintiff

DATED: March 6, 2015                LAW OFFICE OF JUDY TSAI

                                    By    /s/ Judy Tsai
                                    Judy Tsai
                                    Attorney for Defendant

Stipulation to Dismiss and [Proposed] Order

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice with the Court retaining jurisdiction over any disputes relating to the Settlement Agreement. Each party to bear their own attorney's fees and costs.

DATED: March 9, 2015

*/s/ Beth Labson Freeman*

Hon. Beth L. Freeman
Unites States District Judge